UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GEORGES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Case No. 4:07CV01463 ERW |

## CERTIFICATE OF APPEALABILITY

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Court shall not issue a certificate of appealability as to any of Petitioner's claims.

Dated this 8th Day of May, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE